UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WELLS FARGO BANK, N.A.,

        Plaintiff,                    No. 13-10121

v.                                  District Judge Victoria A. Roberts
                                       Magistrate Judge R. Steven Whalen

CANAL CROSSING PHOENIX LLC,
ET AL.,

        Defendants.
_____/

**ORDER**

      Defendants' Motion to Quash and/or for Protective Order [Doc. #31], Respondents Motion to Quash [Doc. #33], and Plaintiff's Motion to Compel [Doc. #45] are hereby HELD IN ABEYANCE pending final disposition of Defendants' Motion for Reconsideration of the court's October 28, 2013 Order Granting Plaintiff's Motion for Partial Summary Judgment [Doc. #51].

      IT IS SO ORDERED.


December 5, 2013                       s/ R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on December 5, 2013, electronically and/or by U.S. mail.

                                                s/Michael Williams
                                                Case Manager for the
                                                Honorable R. Steven