UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WELLS FARGO BANK, NATIONAL
ASSOCIATION,

      Plaintiff,

vs                                     Case No: 13-10121
                                        Honorable Victoria A. Roberts

CANAL CROSSING PHOENIX, LLC, ET AL,

      Defendants.

_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

On November 11, 2013, Defendants' filed a motion for reconsideration (Doc. 51).

The Court requested briefing. The motion is fully briefed.

Defendants' motion presents the same issues already ruled on by the Court.

Further, Defendants have failed to demonstrate a palpable defect by which the Court

and the parties have been misled. L.R. 7(g)(3).

For these reasons, the motion is **DENIED**.

    **IT IS ORDERED**.

                                 /s/ Victoria A. Roberts
                                 Victoria A. Roberts
                                 United States District Judge

Dated: December 11, 2013

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 11, 2013.

S/Linda Vertriest
Deputy Clerk