UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WELLS FARGO BANK, N.A.,

      Plaintiff,                               No. 13-10121

v.                                         District Judge Victoria A. Roberts
                                            Magistrate Judge R. Steven Whalen

CANAL CROSSING PHOENIX LLC,
ET AL.,

      Defendants.
_____/

## ORDER

Defendants' Motion to Quash and/or for Protective Order [Doc. #31], Respondents Motion to Quash [Doc. #33], and Plaintiff's Motion to Compel [Doc. #45] are hereby HELD IN ABEYANCE pending final disposition of Plaintiff's Motio for Entry of Judgment Pursuant to L.R. 58.1 [Doc. #53].

    IT IS SO ORDERED.


Dated: December 16, 2013        s/ R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on December 16, 2013, electronically and/or by U.S. Mail.

                                            s/Michael Williams
                                            Case Manager to the
                                            Honorable R. Steven Whalen