UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WELLS FARGO BANK, NATIONAL ASSOCIATION,
a National Banking Association,

       Plaintiff,

                                      CASE NO. 13-cv-10121

v.                                    HON. VICTORIA A. ROBERTS

CANAL CROSSING PHOENIX LLC, a Michigan Limited
Liability Company, CANAL CROSSING PHOENIX #2 LLC,
a Michigan Limited Liability Company, BRUCE J. BRICKMAN,
individually and as Trustee of the Bruce J. Brickman Declaration
of Trust Dated December 20, 1991, as amended,
GARY A. WEISMAN, individually and as Trustee of the
Gary Alan Weisman Revocable Living Trust Dated March 18, 1991,
as amended, JOHN R. BOYD, individually and as Trustee of the
John R. Boyd Revocable Living Trust dated, March 4, 1991,
as amended, and GARY L. RAN, individually and as Trustee
of the Gary L. Ran Living Trust Agreement Dated February 2, 2001,
as amended, Jointly and Severally,

       Defendants.

_____/

## ORDER ON MOTION TO QUASH AND/OR PROTECTIVE ORDER (DOC #31), MOTION TO QUASH (DOC #33), AND MOTION TO COMPEL DEFENDANTS BRICKMAN'S AND WEISMANS'S RESPONSE (DOC #45)

Before the Court are three motions. The first is Defendant's Motion to Quash and/or Motion for Protective Order and Objections to Subpoena Dated August 28, 2013 issued to David Gonzales/Caliber Advisors LLC, filed on September 11, 2013 (Doc. #31). The second is Respondents' Motion to Quash and Objections to Subpoena Dated August 28, 2013 issued to David Gonzales/Caliber Advisors LLC, filed on September 11, 2013 (Doc. #33). The third is Plaintiff's Motion to compel defendants Brickman's and Weisman's response to Plaintiff's first

request for production of documents, filed on October 4, 2013 (Doc. #45). On April 1, 2014, the Court entered into a Stipulated Order of Dismissal as to defendant Ran (Doc. #67). Additionally, it also entered into a Stipulation and Order of Dismissal with Prejudice as to Canal Crossing Phoenix #2, LLC, Brickman and Weisman (Doc. #68).

Since defendants Canal Crossing Phoenix #2, LLC, Brickman, Ran and Weisman have been dismissed the above described motions are **MOOT**.

**IT IS ORDERED.**

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: April 15, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 15, 2014.

s/Linda Vertriest
Deputy Clerk